NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA 05-1619

STATE OF LOUISIANA

VERSUS

DANNY J. GUILLORY

**********
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 05-229023
HONORABLE JOHN E. CONERY, DISTRICT JUDGE

**********
**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Michael G. Sullivan, Billy Howard Ezell, and James T. Genovese, Judges.

**DEFENDANT'S CONVICTION AND SENTENCE ARE AFFIRMED.
COUNSEL'S MOTION TO WITHDRAW IS GRANTED.**

**J. Phillip Haney**
**District Attorney**
**300 Iberia Street, Suite 200**
**New Iberia, LA 70560**
**(337) 369-4420**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**

**Edward Kelly Bauman**
**La Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for Defendant/Appellant:**
**Danny J. Guillory**

**Jeffrey J. Trosclair**
**Assistant District Attorney 16th Judicial District Court**
**Courthouse, 5th Floor**
**Franklin, LA 70538**
**(337) 828-4100**
**Counsel for Plaintiff/Appellee:**
**State of Louisiana**